LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
Vincent W. Davis, Esq. (SBN 125399)
Daniel C. Sharpe, Esq. (SBN 267075)
150 N. Santa Anita Avenue, Suite 200
Arcadia, California 91006
Telephone: 626-446-6442
Fax: 626-446-6454

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ARMANDO MARQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MCMAHON, SHERIFF OF THE COUNTY OF SAN BERNARDINO, SAN BERNARDINO COUNTY SHERRIFF'S DEPARTMENT, COUNTY OF SAN BERNARDINO, CAPTAIN JEFF ROSE, DEPUTY BROCK TEYECHEA, DEPUTY RUSSELL KOPASZ, DEPUTY ROBERT ESCAMILLA, DEPUTY GILL, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:14-cv-01196-JGB-DTB<br>Judge: Hon. Jesus G. Bernal<br><br>Related Cases:<br><br>Case No. 5:14-cv-01085-JGB-DTB<br>Case No. 5:14-cv-00911-JGB-DTB<br>Case No. 5:15-cv-02513-JGB-DTB<br>Case No. 5:16-cv-00314-JGB-DTB<br>Case No. 5:15-cv-01645-JGB-DTB<br>Case No. 5:14-cv-01753-JGB-DTB<br>Case No. 5:15-cv-02515-JGB-DTB<br>Case No. 5:15-cv-00157-JGB-DTB<br><br>**ORDER DISMISSING ENTIRE LAWSUIT WITH PREJUDICE** |

LAW OFFICES OF VINCENT W. DAVIS & ASSOCIATES
150 N. SANTA ANITA AVENUE, SUITE 200
ARCADIA, CALIFORNIA 91006
PHONE (626) 446.6442, FACSIMILE (626)446.6454

## ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED that, in accordance with the Joint Stipulation filed, and in accordance with Rule 41 of the Federal Rules of Civil Procedure:

This Honorable Court Orders that the above-captioned lawsuit, *Marquez v. McMahon, et al.*, Case No. 14-CV-01196-JGB-DTB, be dismissed with prejudice in its entirety.

IT IS SO ORDERED

DATED: July 13, 2017

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT COURT JUDGE